JESSE V. DEGROFF, APPELLANT, v. JOHN R. O'CONNOR, RESPONDENT.

Argued November 29, 1916—Decided March 5, 1917.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The allegations in this case involves the title to the office of superintendent of weights and measures for Bergen county. The relator claims to be entitled to it by virtue of an appointment made by the board of chosen freeholders of the county on the 13th of April, 1913, and that as an exempt fireman he was entitled to hold the office during good behavior. The respondent's claim to the office rests upon an appointment by the board of freeholders of the county, which organized on the 3d of January, 1916, under the act of 1912, known as the Small Board of Freeholders act.

"The case of *Earle* v. *Durham*, 89 *N. J. L.* 4, decided at the present term, is identical in its legal essence with that now under consideration, and for the reasons stated in the

opinion delivered in that case, the present respondent is entitled to judgment on the demurrer to the plea."

For the appellant, *Thomas F. McCran.*

For the respondent, *Clarence Mabie.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 11.

*For reversal*—None.